WALDORF-ASTORIA HOTEL COMPANY, Appellant, *v.* THE CITY OF NEW YORK et al., Respondents.

(Submitted October 12, 1914; decided October 20, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 212 N. Y. 97.)